# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,
AND SEI INVESTMENTS COMPANY

NO.   2021 CW 1159

DECEMBER 30, 2021

---

In Re:   State of Louisiana through the Louisiana Office of
Financial Institutions, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 581670.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The district court's August 23, 2021
judgment is vacated. This matter is remanded to the district
court for consideration of the motion and La. Code Civ. P. art.
592(E)(5) when it determines the order and methods of trial
following the filing of the pretrial order.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT